

FILED

08/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0316

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0316

FILED

AUG 2 5 2020

Bow~~
Clerk
Sta~~

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

FRANKLIN JOHN BECKER,

    Defendant and Appellant.

O R D E R

Counsel for Appellant Franklin John Becker filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967).  This Court granted Becker time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.*  We conclude no arguments with potential legal merit can be raised in Becker's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Becker personally.

DATED this 25ᵗʰ day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices